CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRANDON G. KIRTLAND, | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff(s), | DATE: NOVEMBER 06, 2015 |
| vs. | CASE NUMBER: 1:15CV1446 |
| RAMB, CO., LLC., et al., | COURT REPORTER: |
| Defendant(s). | TYPE OF PROCEEDING: Settlement Conference |

Settlement Conference was held.  Plaintiff voluntarily dismisses the case with prejudice.  Parties will bear their own costs.

                                      /s/ Patricia A. Gaughan
                                      JUDGE PATRICIA A. GAUGHAN

2 hrs.